**Edward R. ROUSE, Plaintiff—Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION; West Virginia Supreme Court; West Virginia Civil Court; Capital One Financial Corporation; Paul White Chevrolet Corporation, Defendants—Appellees.**

No. 03–2280.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 17, 2004.

Edward R. Rouse, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward R. Rouse appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Rouse that failure to timely file specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Rouse failed to file specific objections to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. *See Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir.1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Rouse has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral ar-

432

gument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Elizabeth Mebane appeals the district court's order dismissing her breach of contract action as untimely under the statute of limitations. We have reviewed the record and find no reversible error. Absent exceptional circumstances not present here, issues not raised before the district court are beyond the scope of appellate review. *Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). Accordingly, we affirm for the reasons stated by the district court. *See Mebane v. Phoenix Companies, Inc.,* No. CA–03–195–1, 2003 WL 22213639 (M.D.N.C. Sept. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*